FILED - LN
August 19, 2021 11:03 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __eod /____   SCANNED BY:_____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

_SOUTHERN Division

| | |
|---|---|
| CASSADAY, KEVIN *9178 - PRO SE | 1:21-cv-710 <br> Paul L. Maloney, <br> United States District Judge |
| *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| DONALD J. TRUMP | |
| *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KEVIN W. CASSADAY |
| Street Address | 1804 GUENTHER AVE |
| City and County | LANSING; EATON COUNTY |
| State and Zip Code | MI 48917 |
| Telephone Number | 989-615-7096 |
| E-mail Address | KWCASSADAY@YAHOO.COM - PREFFERED |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | DONALD J. TRUMP |
| Job or Title *(if known)* | |
| Street Address | 900 LAMINGTON RD |
| City and County | BEDMINSTER |
| State and Zip Code | NJ 07921 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

UNITED STATES DECLARATION OF INDEPENDENCE OF 1776 THAT TARGETS NATIVES
WHISTLEBLOWERS PROTETION ACT OF 1989 ( RETALIATION)
GENOCIDE - 18 U.S. CODE s 1091
18 U.S. CODE s 1961 - RACKATEERING ACTIVITY (20% BONUS PAY FOR COVID-19)
POSSIBLY 18 U.S. CODE CHAPTER 119 - WIRE AND ELECTRONIC COMMUNICATIONS

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* KEVIN W. CASSADAY, is a citizen of the State of *(name)* MICHIGAN.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* DONALD J. TRUMP, is a citizen of the State of *(name)* NEW JERSEY. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* DONALD J. TRUMP, is incorporated under the laws of the State of *(name)* TRUMP ORGANIZATION, and has its principal place of business in the State of *(name)* NEW YORK.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* MULTIPLE.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

ALL GAINS SINCE ELECTED PRESIDENT OF THE UNTED STATES IF HE WAS WORTH $2 BILLION IN 1-2017 & $4 AT 1-2021 I WANT THE $2 BILLION IN BETWEEN OR WHATEVER. THE DAMAGES SHOULD BE ALL ASSETS OF DEFENDANT FOR THE CRIMES

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE DEFENDANT RAN A GENOCIDE THROUGH COVID-19 ORCHESTRATED BY NUMEROUS OTHER UNKNOWN, THIS WAS ORGANIZED & SYSTEMATICALLY RAN BY DEFENANT TO PURGE THIS LAND OF THE NATIVES/PLAINTIFF.
THE BIG LIE, LINCOLN PROJECT, CRITICAL RACE THEORY IS ALL BECAUSE OF PLAINTIFF....
THE 1-6-2021 INSURECTION WAS TO THWART PLAINTIFF, BUT WAS ULTIMATELY ATTEMPS TO INCITE A NATIVE. MI COURT OF CLAIMS CASE 2021-64-MZ CASSADAY VS HALL, TO MORE TO ADD.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ACCOUNTABILITY FOR THE LIES & ABUSE TO SOCIETY PERPETUATED BY THE DEFENDANT, PUBLIC HUMILIATION, HARD LABOR.
TAKE DEFENDANT' LIFE AWAY AS HE HAS PLAINTIFFS.
PREFERED DEFENDANT IS IMPRISONED FOR THE CRIMES, GIVE HIS ASSETS TO PLAINTIFF, TRUMP WORLD NEEDS DEPLEATED TO NOTHING....

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/17/2021

Signature of Plaintiff: *Kevin Cassaday*
Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.08.17 22:24:18 -04'00'

Printed Name of Plaintiff: KEVIN CASSADAY

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: