UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
110 MICHIGAN ST., N.W.
GRAND RAPIDS, MI 49503
PHONE: 616-456-2381

**FILED - GR**
September 1, 2021 12:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 9-1

CASE #: 1:21-cv-710; 711, 712, 713, 714, 715, 716, 717, 718, 719, 720, 721, 723, 725 + ALL OTHERS
MAGISTRATE - PHILLIP J. GREEN

CASSADAY, KEVIN – PRO SE *9178                - PLAINTIFF

1804 GUENTHER AVE
LANSING, MI 48917
EMAIL: KWCASSADAY@YAHOO.COM – PREFERRED
PHONE: 989-615-7096

1:21-cv-708

1:21-cv-722

1:21-cv-724

1:21-cv-748

1:21-cv-749

1:21-cv-750

1:21-cv-751

1:21-cv-752

1:21-cv-753

1:21-cv-759

1:21-cv-760
**Paul L. Maloney**
**United States District Judge**

## IN RESPONSE TO JUDGE GREEN:

MR. CASSADAY HAS BROUGHT THE ABOVE CASES BEFORE THE COURTS IN PRO SE FORM, PLUS THE OTHER CASES THAT DID NOT MAKE THIS LIST, PLUS ALL THE OTHERS THAT MAY GET FILED.

PLAINTIFF IS OKAY WITH CONSOLIDATING WHATEVER MATTERS CAN BE, WHETHER BY JUDGE OR CASE JOINDER, PLEASE.

PLAINTIFF IS RELIEVED JUDGE GREEN UNDERSTANDS THAT THE CONDUCT BY THE DEFENDANT' HAS BEEN, OVER THE TOP & ABUSIVELY FRIVOLOUS IN/TO MR. CASSADAY'S LIFE.

MR. CASSADAY FEARADLY *STRESSED,* IF HE WAS TO FILE THESE CASES WOULD HE BE SILENCED MORE, WOULD HE GET ONE DOCUMENT TO EACH CASE MIXED IN AROUND 34 SEPARATE MAILINGS 3 MANILA ENVELOPES, SOME STAPLED SOME DOUBLE SIDED; NO ELECTRONIC ACCESS NOTIFICATIONS, SO FORCED TO SNAIL MAIL THE RESPONSE? PLAINTIFF DIDN'T LOOK INTO THE ENVELOPES UNTIL TODAY, OVER A WEEK SINCE THE START OF THE MAILINGS.

PLAINTIFF WAS WORRIED OTHERS WOULD CONTINUE TO ENSLAVE HIM BY FRIVOLOUS OBJECTIONS OF DISMISSAL, MAKING HIM WORK MORE & MORE AS ALL THESE NUMEROUS DEFENDANTS & ATTORNEYS, NONE ACTUALLY DO ANY REAL WORK FOR AMERICA, THEY HARASS & INFLICT PAIN THROUGH THIS SYSTEM, RUN UP A BILL ON AMERICA'S BACK.

MR. CASSADAY HAS BEEN THREATENED BY A DOCTOR, A STATE TROOPER, AN ATTORNEY; NURSES & OTHERS HAVE

SYSTEMATICALLY TAGGED IN & ABUSED THE PLAINTIFF, PUTTING HIS LIFE IN JEOPARDY, ALL TRYING TO GET HIM SICK...

THEN WHEN PLAINTIFF COMES FORWARD, HE HAS TO WRITE AN OBJECTION TO PROCEED?

## OBJECTION:

PLAINTIFF OBJECTS TO JUDGE GREEN, OR ANY OTHER', DISMISSING ANY MATTER OF MR. CASSADAY'S.


## CONCLUSION:

MR. CASSADAY HAS RETALIATION STILL COMING FROM ESPECIALLY 1:21-cv-752 CASSADAY VS MI MRA, HAS BEEN FOR MANY YEARS, THEY TOY WITH ACCESS TO HIS MEDICINE OF MARIJUANA. IT IS BETTER THAN ANY OPIATE. THE CONDUCT MADE HIM CHANGE HIS MEDICINE BRAND LAST WEEK, PLUS LOWER DOSAGE; MAKING SOME OF THIS NOT MAKE SENSE AS PLAINTIFF KEEPS GETTING TOYED WITH BY THE SYSTEM, PEOPLE STILL PILING IT ON TRYING TO OBSTRUCT MR. CASSADAY, ALL ARE ATTEMPTS TO BREAK HIS CONCENTRATION, IT WORKS. THEY EITHER FOIA 'ED WHAT HE SAID OR THEY HAVE AN INSIDER.

BUT THEY SURPRISINGLY KNOW HOW TO EXACTLY TO SCREW WITH HIM, ALL IN ATTEMPTS TO PROVOKE MR. CASSADAY INTO VIOLENCE, THUS WHY THESE FACILITIES NEED SECURITY GUARDS?

THIS IS A SYSTEM OF HYPOCRISY.

JUST TO LIST A FEW MR. CASSADAY HAS,

1. L5 LEFT PARS DEFECT CAUSING DEFORMED FACET & TILT TO LEFT AT BASE OF LUMBAR.
2. KYPHOSCOLIOSIS – SCHEUERMANN'S DISEASE
3. 84 DEGREES KYPHOSIS FROM T2-T12?
4. T3 SPUR FORMATION PARA CENTRALLY, IN THE CANAL
5. ANKYLOSING SPONDYLITIS
6. EHLORS DANLOSE – KYPHOSCOLIOSIS {BELIEVED}
7. CYSTS & NODES IN HIS BODY WITH NO EXPLANATION REALLY PROSTATE, THROAT, LUNGS, ECT.
8. OSTEOARTHRITIS – RIDDLED WITH ARTHRITIS

& MORE

MR. CASSADAY HAD/HAS DOCTORS MURDEROUSLY NEGLECTING HIM IN WHAT LOOKS LIKE EITHER

1. TO PROTECT THE STATE'S WORKERS COMPENSATION RATES
2. CRIMINAL HISTORY RETALIATION
3. SLANDER BY DOW CHEMICAL
4. NATIVE – RACKETEER

MR. CASSADAY IS IN PAIN THEN HE HAS DOCTORS IGNORING THAT PAIN, THEN THOSE SAME DOCTORS HAVE BEEN SCREWADLY TRYING TO TAG MR. CASSADAY AS THIS IS MOOD/BIPOLAR, FIBROMYALGIA IS BEING USED AS DEROGATORY TAGS FOR CERTAIN PEOPLE, IT GETS THEM ABUSED, LIKE A *FAKER* TAG. PLAINTIFF CAN SEE HOW THE DOCTORS USED IT THEN SYSTEMATICALLY TARGETED HIM, SAME WITH THE PELVIC FLOOR.

YOU HAVE ATTORNEYS LEAVING MR. CASSADAY TO FEND FOR HIMSELF TO CREATE THIS ILLUSION HE IS CAPABLE TO WORK,

FROM SURVIVAL? ENSLAVEMENT BY THEIR WILLFUL NEGLECT? PLAINTIFF WANTS HIS LIFE BACK & TO HOLD THOSE ATTORNEYS & OTHERS ACCOUNTABLE BERNSTEIN NEVER WOULD HELP PLAINTIFF, FIEGER, GREWAL LAW, OTHERS..

YOU HAVE A SEXIST SYSTEM ABUSING MR. CASSADAY, YOU ALL CHERRY PICK OR ONLY HELP FEMALES... DID ANYONE OBJECT TO THE NASSAR WOMEN? NOPE....

MR. CASSADAY HAS LICENSED PROFESSIONALS ABUSING THE LIVING CRAP OUT OF HIM & YOU ALL TAGGED IN, IN A SORTS.

GROW UP & PLEASE STOP!!!

MR. CASSADAY REQUIRES SURGERY OR SHOTS TO SOME EXTENT & JUST LIKE HIS DOCTOR THREATENED IF HE COMES FORWARD THERE WON'T BE ANY HELP LIKE, IN WHICH PLAINTIFF IS SCARED TO GET MEDICAL CARE, AS THE ABUSE CONTINUED, I KEVIN CASSADAY KEPT SEEING THINGS IN MY TESTS THAT WERE COMING UP AS LUIKY, LIKE LEUKEMIA. THEN DOCTORS TRYING TO BREAK CONTINUITY OF CARE? THERE WAS A SPOT SEEN ON MEDICAL IMAGING; IT IS BELIEVED TO BE RIGHT FEMUR BONE AT THE HEAD, IN THE MIDDLE OF THE BONE, IT WAS SEEN IN THE CT UROGRAPHY IMAGING TAKEN AT SPARROW, THEY WON'T READ THE IMAGING SYSTEMATICALLY, RADIOLOGISTS.

PLAINTIFF ALSO TRIED TO GET OFF THE DONOR LIST AT THE SECRETARY OF STATE BUT THEY IGNORED IT, I FEEL IT WAS IN ATTEMPTS TO IF HE WAS IN AN "ACCIDENT" LIKE ON PARK LAKE, HE WOULD STILL BE ABLE TO DONATE THE ORGANS. BUT IF THERE IS CANCER THEY HAVE DENIED TELLING MR. CASSADAY IN ATTEMPTS TO LET IT SET IN OVER THIS COVID PERIOD, THEN THEY CAN OVER TREAT IT LIKE THEY DID "SCREECH" & KILL MR.

CASSADAY. ALL YOU LICENSED PROFESSIONALS HAVE GONE BUREAUCRATICALLY IGNORANT TO OTHERS, ESPECIALLY REAL WORKERS, YOU THINK YOU'RE BETTER, BUT MOST OF YOU NEVER MOVED A POUND OR BUILT ANYTHING FOR OTHERS, YOU INSTEAD OBSTRUCTIVELY INFLICT THE SYSTEM UPON OTHERS.

BUT, DR. ADAMS TOLD THE SCRIBE LADY TO NOT DOCUMENT WHAT HE THREATENED, THEN WHEN PLAINTIFF RESPONDED WITH "I UNDERSTAND" DR. ADAMS SAID SOMETHING ABOUT "A NEW TRUCK" LIKE THAT IS ALL MR. CASSADAY IS WORTH, OR? COVENANT WON'T GIVE HIM HIS RECORDS, HE SENSES THEY WERE FALSIFIED, MULTIPLE PEOPLE SET HIM UP, LIKE THE HIT JOB CONTINUED....

MR. CASSADAY HAS A LOT TO SHARE & IF HE WAS <u>DEAD,</u> YOU ALL CLEARLY WOULD KEEP ON GOING AS NOTHING HAPPENED, I WOULD LIKE TO SEE A JUDGE AT THIS POINT.

PLAINTIFF HAS A HIGH PAIN TOLERANCE, PLUS HIS MEDICAL MARIJUANA WORKS; IT HAS ALL BEEN USED AGAINST HIM TO ENSLAVE HIM.

YOU ALL ARE THE REAL ABUSERS TO SOCIETY.

MR. CASSADAY IS TIRED OF ALL THE ABUSE.

## PLAINTIFF AFFIDAVIT

"UNDER OATH, I **KEVIN CASSADAY** DECLARE WITH PENALTIES OF PERJURY THAT I AM WHO I STATE I AM, THE DOCUMENTS I SIGN HAVE BEEN EXAMINED BY ME & IT'S CONTENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE & BELIEF. ANY REQUIREMENT BY LAW THAT A DOCUMENT BE FILED WITH THE COURT WHICH MUST BE SWORN, MAY BE ALSO MET BY THIS DECLARATION"

"I KEVIN CASSADAY MAKE MISTAKES, THOUGH IN ACTUALITY, THEY ARE NOTHING IN COMPARISON TO THE ABUSE INFLICTED UPON ME FOR OTHER' AMUSEMENT & RETALIATION"

*Kevin Cassaday*

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.08.31 02:57:40 -04'00'

**KEVIN CASSADAY**

1804 GUNTHER AVE
LANSING, MI 48917

PROOF OF SERVICE

I Kevin Cassaday MAILED PER USPS,

9489 3036 9930 0000 5573 41

*Kevin Cassaday* (signature)

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE;
LANSING, MI 48917
Date: 2021.08.31 03:08:42 -04'00'



**Return Service Requested**

| | |
|---|---|
| USPS UNITED STATES POSTAL SERVICE | **Click-N-Ship®** |

usps.com $16.70
US POSTAGE
Flat Rate Env
Signature Confirmation

9489 3036 9930 0000 5573 41 0167 0000 0014 9503

**U.S. POSTAGE PAID**
Click-N-Ship®

08/31/2021    Mailed from 48917

### PRIORITY MAIL 1-DAY™

KEVIN W CASSADAY
1804 GUENTHER AVE
LANSING MI 48917-8524

Expected Delivery Date: 09/01/21
Ref#: RETURN SVC
**0005**

C040

**RESTRICTED DELIVERY**
**SIGNATURE REQUIRED**

SHIP TO:
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
110 MICHIGAN ST NW
STE 399
GRAND RAPIDS MI 49503-2317

**USPS SIGNATURE TRACKING #**



9489 3036 9930 0000 5573 41

Electronic Rate Approved #038555749